# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>Petitioners,<br><br>v.<br><br>YUL HERMES, an individual,<br><br>Respondent. | Case No. 14-cv-04054 NC<br><br>**ORDER GRANTING MOTION BY RESPONDENT YUL HERMES FOR ISSUANCE OF ORDER SETTING SEQUENCE AND SCOPE OF INITIAL DISCLOSURES, IF ANY**<br><br>Re: Dkt. No. 32 |

This is an action brought under § 301 of the Labor Management Relations Act, as amended, 29 U.S.C. § 185, to enforce an arbitration award against respondent Yul Hermes on an alter ego theory. Dkt. No. 1. Hermes now moves for an order that the action is exempt from the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(A), or in the alternative, for an order altering the sequence and scope of Hermes's initial disclosures. Dkt. No. 32. Petitioners oppose the motion. Dkt. No. 40. The Court finds the motion suitable for resolution without oral argument, *see* Civ. L.R. 7-1(b), and GRANTS the motion as follows:

The Court finds that this action is exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B)(ix). However, the Court has not stayed discovery and nothing in this order prevents the parties from proceeding with discovery.

In his motion, Hermes asserts that petitioners have improperly refused to respond to discovery requests propounded by Hermes on the basis of the pendency of this motion.

Dkt. Nos. 32, 42.  The parties are reminded that, as set forth in the undersigned Magistrate Judge's civil standing order, discovery disputes must be presented to the Court by filing a joint statement of five pages or less.  Prior to the filing of such a statement, the parties must meet and confer to attempt to resolve their dispute.

IT IS SO ORDERED.

Date: February 19, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge