1  WYLIE, McBRIDE, PLATTEN & RENNER
   DIANE SIDD-CHAMPION, SBN 78140
2  605 Market Street, Suite 1200
   San Francisco, CA  94105
3  Telephone:  (415) 977-0904
4  Facsimile:  (415) 536-0906
   E-mail:  dsidd-champion@wmprlaw.com
5
   Attorney for Petitioners
6  General Employees Trust Fund and
7  Board of Trustees of General Employees Trust Fund

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11

| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, | Case No. 14-cv-04054-NC |
|---|---|
| Petitioners, | **ORDER *AS MODIFIED* SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | <u>Hearing</u><br>Date:  August 5, 2015<br>Time:  1:00 p.m.<br>Place:  San Francisco Federal Courthouse<br>          Courtroom D, 15th Floor |
| AMERICAN EMPIRE BUILDING MAINTENANCE CORPORATION, a dissolved corporation, and YUL HERMES, an individual, | |
| Respondents. | |

**ORDER SETTING FURTHER CASE MANAGEMENT**
Case No. 14-cv-04054-NC

In response to the request of Petitioners General Employees Trust Fund and Board of Trustees of General Employees Trust Fund for a further case management conference, the Court hereby sets a Further Case Management Conference for July 8, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. The parties may appear by phone and must call the Courtroom Deputy at 408.535.5343 to provide a direct dial number tor their appearance.

The request to stay all of the dates on the Case Management Schedule, which were set by the Court by Order dated March 2, 2015 (Dkt. #54), as amended on May 6, 2015 (Dkt. #63) is denied.

IT IS SO ORDERED.

Date:  July  2, 2015



IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

1

**ORDER SETTING FURTHER CASE MANAGEMENT**
Case No. 14-cv-04054-NC