UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND AND BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>YUL HERMES, et al.,<br><br>    Defendants. | Case No.14-cv-04054-NC<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 86 |

The Court addresses the Third Discovery Letter Brief, Dkt. No. 86, filed August 28. The parties request clarification as to whether petitioner may discover information from certain credit card accounts held by defendant Yul Hermes. During the August 5 hearing, the Court deferred further discovery of Hermes' personal information until later in the case, after further discovery of the American Empire financial records. Dkt. No. 85, transcript of Aug. 5 hearing, at 25:6-11. Accordingly, the Court DENIES the relief requested by petitioner in the Third Discovery Letter Brief. The Court endorses the annotated subpoenas attached to the Brief as exhibits 4-10, and permits discovery only to accounts held by American Empire at this time. The September 16 status conference remains on calendar. **IT IS SO ORDERED.**

Dated: August 31, 2015

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge

Case No. 14-cv-04054-NC