WYLIE, McBRIDE, PLATTEN & RENNER
DIANE SIDD-CHAMPION, SBN 78140
605 Market Street, Suite 1200
San Francisco, CA  94105
Telephone:  (415) 977-0904
Facsimile: (415) 536-0906
E-mail:  dsidd-champion@wmprlaw.com

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>　　　Petitioners,<br><br>　　　v.<br><br>AMERICAN EMPIRE BUILDING MAINTENANCE CORPORATION, a dissolved corporation, and YUL HERMES, an individual,<br><br>　　　Respondents. | Case No. 14-cv-04054-NC<br><br>**STIPULATION OF DISMISSAL** |



STIPULATION OF DISMISSAL
Case No. 14-cv-04054-NC

1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioners General Employees Trust Fund and Board of Trustees of General Employees Trust Fund and Respondents American Empire Building Maintenance Corporation and Yul Hermes hereby stipulate to dismissal of this action, with prejudice.

In light of the dismissal of the action, Petitioners and Respondents jointly request that the status hearing now scheduled for October 7, 2015 at 1:00 p.m. and all other dates in this action be taken off calendar.

WYLIE, McBRIDE, PLATTEN & RENNER

Dated:  October 1, 2015          By:   */s/ Diane Sidd-Champion*
                                 DIANE SIDD-CHAMPION
                                 Attorney for Petitioners


COHEN AND JACOBSON, LLP

Dated:  October 1, 2015          By:   */s/ Lawrence A. Jacobson*
                                 LAWRENCE A. JACOBSON
                                 Attorney for Respondents

STIPULATION OF DISMISSAL
Case No. 14-cv-04054-NC

2

**ECF CERTIFICATION**

I, Diane Sidd-Champion, am the ECF User whose user ID and password are being used to file this Joint Status Report and Request for Continuance. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Lawrence A. Jacobson has concurred in this filing.

WYLIE, McBRIDE, PLATTEN & RENNER

Dated:  October 1, 2015          By:   */s/ Diane Sidd-Champion*
                                 DIANE SIDD-CHAMPION
                                 Attorney for Petitioners

l:\0198\40097\pleadings\stipulation of dismissal.docx

STIPULATION OF DISMISSAL
Case No. 14-cv-04054-NC

3